UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES ALPINE,<br>　　　　Plaintiff,<br>v.<br>WARDEN KENDALL RICHERSON and<br>ASSISTANT WARDEN MOHAMED SARHANI,<br>　　　　Defendants. | No. 3:18-cv-311-B (BT) |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed this 17th day of April, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE